```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  LAURA L. FERRIS
    Assistant U.S. Attorney
 3  501 I Street, 10th Floor
    Sacramento, California  95814
 4  Telephone:  (916) 554-2932
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:05-CV-01930-MCE-GGH |
| Plaintiff, | CONSENT JUDGMENT OF FORFEITURE |
| v. | |
| MISCELLANEOUS COMPUTER EQUIPMENT, and | |
| CALIFORNIA FALSE IDENTIFICATION DOCUMENTS AND LAMINATES, | |
| Defendant. | |
| JOSEPH AARONELIJAH STEWART, | |
| Potential Claimant. | |

Pursuant to the Stipulation for Consent Judgment of Forfeiture, the Court finds:

1. On August 21, 2003, Joseph Aaronelijah Stewart was indicted pursuant to 18 U.S.C. § 1028(a)(5). On March 11, 2004, a Superseding Indictment was filed against Joseph Aaronelijah Stewart pursuant to 18 U.S.C. § 1028(a)(5).

2. On or about April 1, 2003 a search warrant was executed at the residence of Joseph Aaronelijah Stewart located at 541 Oxford

1

1  Circle, Unit 202, Davis, California.  The following assets were
2  seized from that residence:
3       1.  HP Pavillion 743 Tower CPU, serial number MX242A5386;
4
5       2.  HP Pavillion 8655C Tower Computer, serial number 01507780;
6       3.  Zip 250 disk;
7       4.  Butterfly laminates contained in a cigar box;
8       5.  California false identification documents; and
9
10      6.  Uniform Industrial Corporation, MSR206 Reader/Writer, serial number A004880.
11 (hereinafter the "defendant property") pursuant to 18 U.S.C. §
12 1028(b)(5).
13      3.  Joseph Aaronelijah Stewart has acknowledged that he is the
14 sole owner of the defendant property.
15      4.  This Court has jurisdiction in this matter pursuant to 28
16 U.S.C. §§ 1345 and 1355, as this is the judicial district in which
17 acts or omissions giving rise to the forfeiture occurred.
18      5.  This Court has venue pursuant to 28 U.S.C. § 1395, as this
19 is the judicial district in which property was seized.
20      6.  The parties herein desire to settle this matter pursuant
21 to the terms of a duly executed Stipulation for Consent Judgment of
22 Forfeiture.
23      Based upon the above findings, and the Court being otherwise
24 fully advised in the premises, it is hereby
25      ORDERED AND ADJUDGED:
26      7.  The Court adopts the Stipulation for Consent Judgment of
27 Forfeiture entered into by and between the parties.
28 ///

1  8.  All right, title and interest in the above-listed property
2 seized on or about April 1, 2003, shall be forfeited to the United
3 States pursuant to 18 U.S.C. § 1028(b)(5), to be disposed of
4 according to law.

5  9. Plaintiff United States of America and its servants,
6 agents, and employees and all other public entities, their
7 servants, agents and employees, are released from any and all
8 liability arising out of or in any way connected with the seizure
9 and/or forfeiture of defendant property.  This is a full and final
10 release applying to all unknown and unanticipated injuries, and/or
11 damages arising out of said seizure and/or forfeiture, as well as
12 to those now known or disclosed.  The parties to the Stipulation
13 filed herein have agreed to waive the provisions of California
14 Civil Code § 1542, which provides: **"A general release does not**
15 **extend to claims which the creditor does not know or suspect to**
16 **exist in his favor at the time of executing the release**, **which if**
17 **known by him must have materially affected his settlement with the**
18 **debtor."**

19  10.  Pursuant to the Stipulation for Consent Judgment of
20 Forfeiture filed herein, the Court finds that there was probable
21 cause for the seizure of defendant property, and a Certificate of
22 Probable Cause pursuant to 28 U.S.C. § 2465 shall be entered
23 accordingly.

24  11.  Joseph Aaronelijah Stewart acknowledges that he obtained,
25 or waived to obtain, the advice of counsel prior to executing the
26 above-referenced stipulation, and that he entered into it knowingly
27 and voluntarily.
28 ///

3

1    12.  All parties will bear their own costs and attorneys'
2 fees.
3    IT IS SO ORDERED.

5 DATED: September 30, 2005

          _____
          MORRISON C. ENGLAND, JR
          UNITED STATES DISTRICT JUDGE

### CERTIFICATE OR REASONABLE CAUSE

Pursuant to the Stipulation for Consent Judgment of Forfeiture filed herein, the Court enters this Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465, that there was reasonable cause for the seizure of the above-described property.

DATED: September 30, 2005

          _____
          MORRISON C. ENGLAND, JR
          UNITED STATES DISTRICT JUDGE